IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| STEVEN GLEN CRADDOCK, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-12-1309-C |
| | ) | |
| CARL BEAR, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on June 30, 2015, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his Objection, Petitioner ignores the limited review prescribed by 28 U.S.C. 2254(e)(1) and argues theories of relief not previously raised and/or not supported by the authority cited. There is no argument of fact or law which would require or even permit a different outcome than that recommended by Judge Goodwin.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 22nd day of July, 2015.

ROBIN J. CAUTHRON
United States District Judge